**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

TAMANIKA DENHAM,

    Plaintiff,

  v.

CAROLYN W. COLVIN,
Acting Commissioner of the
Social Security Administration,

    Defendant.

Case No. EDCV 14-1400 SS

**JUDGMENT**

  IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED:  April 27, 2015

            /S/
           SUZANNE H. SEGAL
           UNITED STATES MAGISTRATE JUDGE